IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
JUN 11 2020
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | JUDGE OLIVER |
| v. | ) | CASE NO. 1:20 CR 286 |
| TRAVONE EDWARDS, | ) | Title 18, United States Code, Section 1951(a) |
| Defendant. | ) | |

COUNT 1
(Interference with Commerce by Means of Robbery, 18 U.S.C. § 1951(a))

The Grand Jury charges:

1. On or about February 28, 2020, in the Northern District of Ohio, Eastern Division, Defendant TRAVONE EDWARDS did unlawfully obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), Defendant did unlawfully take and obtain monies in the custody, possession, and presence an employee of GenFed Financial Credit Union, 5320 Oberlin Avenue, Lorain, Ohio, against said employee's will, by means of actual and threatened force, violence, and fear of immediate injury to said employee, in violation of Title 18, United States Code, Sections 1951(a).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.